

**Duraco Products, Inc.**

December 21, 2007


Mr  Al Garza
Eagle Personnel, Inc.


This letter is to verify Duraco's current accounts receivable aging with Eagle Personnel
of $453,202 41 as of December 21, 2007.

A check for $45,611 13 and a check for $47,375.87 will be paid on December 28, 2007
A check for $48,620.45 will be paid on January 2, 2008

Henry W  Gory
Controller, Duraco Products, Inc.





EXHIBIT
C