National City: RCMS

Page 1 of 2

| Home | Reports | Administration | Contact Us | Help |

## Check Image

Chargeback Detail Report (Account) > Check List > Check Image

Account # : 394937444  
Location # :  
Original Location # :  
Check # : 150153  
Post Date : 12/17/2007  
Return Reason : Stop Pay  

Account Name :  
Location Name :  
Original Location Name :  
Check Amount : $45,611.13  
TRIPS Sequence : 030502  
030502  

First Image   Previous Image   Next Image   Last Image   Print Image





EXHIBIT D

[View Image Using Advanced Image Viewer]

https://www.rcms.nationalcity.com/CustomerUser/RCMS_CheckImage.aspx

2/13/2008