National City: RCMS Page 1 of 2

| Home | Reports | Administration | Contact Us | Help |

## Check Image

Chargeback Detail Report (Account) > Check List > Check Image

Account # : 394937444
Location # : 
Original Location # : 150213
Check # : 150213
Post Date : 01/16/2008
Return Reason : Refer to Maker

Account Name : 
Location Name : 
Original Location Name : 
Check Amount : $48,620.45
TRIPS Sequence : 022637

First Image   Previous Image   Next Image   Last Image   Print Image



[View Image Using Advanced Image Viewer]

https://www.rcms.nationalcity.com/CustomerUser/RCMS_CheckImage.aspx    2/13/2008



EXHIBIT E