advance

## Eagle Personnel, Inc

For date ending
1/30/2008

Detail Aging Analysis     Type. Funding

| INVOICE # | DATE | Days | 0-29 | 30-59 | 60-89 | 90-120 | 120+ | Total |
|-----------|------|------|------|-------|-------|--------|------|-------|

*Advance Payroll Receivables*

**Duraco Plastics**

| INVOICE # | DATE | Days | 0-29 | 30-59 | 60-89 | 90-120 | 120+ | Total |
|-----------|------|------|------|-------|-------|--------|------|-------|
| 07-188-009- | 10/3/2007 | 119 | | | | $48 620 45 | | |
| 07-188-010- | 10/10/2007 | 112 | | | | $34 878 12 | | |
| 07-188-011- | 10/16/2007 | 106 | | | | $26,900 46 | | |
| 07-188-012- | 10/23/2007 | 99 | | | | $25,712 28 | | |
| 07-188-013- | 10/31/2007 | 91 | | | | $26 582 66 | | |
| 07-188-014- | 11/6/2007 | 85 | | | $24,564 22 | | | |
| 07-188-015- | 11/13/2007 | 78 | | | $16,269 71 | | | |
| 07-188-015b- | 11/19/2007 | 72 | | | $4 878 48 | | | |
| 07-188-016- | 11/19/2007 | 72 | | | $25,383 25 | | | |
| 07-188-017- | 11/28/2007 | 63 | | | $15 576 21 | | | |
| 07-188-018- | 12/3/2007 | 58 | | $31 860 20 | | | | |
| 07-188-019- | 12/11/2007 | 50 | | $41,499 08 | | | | |
| 07-188-020- | 12/18/2007 | 43 | | $37 490 29 | | | | |
| 07-188-021- | 12/26/2007 | 35 | | $26 849 10 | | | | |
| *Duraco Plastics* | | 77 | | $137 698 67 | $86,671 87 | $162,693 97 | | $387.064 51 |
| | | | | 35.58% | 22.39% | 42.03% | | |
| **Eagle Personnel, Inc.** | | 77 | | $137 698 67 | $86 671 87 | $162.693 97 | | $387,064 51 |
| | | | | 35 58% | 22 39% | 42 03% | | 100 000% |



EXHIBIT

F

# advance

## Eagle Personnel, Inc

For date ending
1/30/2008

Detail Aging Analysis    Type: Funding

| INVOICE # | DATE | Days | 0-29 | 30-59 | 60-89 | 90-120 | 120+ | Total |
|-----------|------|------|------|-------|-------|--------|------|-------|
| *Advance Payroll Receivables* | | 77 | | $137,698.67 | $86,671.87 | $162,693.97 | | $387.064.51 |
| | | | | 35.58% | 22.39% | 42.03% | | |
| *Grand Total* | | 77 | | $137,698.67 | $86,671.87 | $162,693.97 | | $387,064.51 |
| | | | | 35.58% | 22.39% | 42.03% | | |