February 1, 2008

Kevin P. Lynch
President, Duraco Products Inc.
1109 East Lake Street
Streamwood, IL 60107-4395

Henry W. Gory
Controller, Duraco Products Inc.
1109 East Lake Street
Streamwood, IL 60107-4395

    Re:    Eagle Personnel/Advance Payroll Funding Ltd
             Payment of the $387,064.51 owed

Gentlemen:

I have been advised of your company's failure to pay the above referenced debts owed to my client, Eagle Personnel, Inc. ("Eagle") with respect to the above referenced past due balance. As a reminder, my company, Advance Payroll Funding Ltd. ("Advance") has an interest in this matter as we are the assignee on the accounts receivables owed to Eagle. Advance's Director of Operations Danny Goldstein has attempted numerous times to contact various employees at Duraco and has been provided assurances by Mr. Gory that payment would be forthcoming on the above referenced balance. Since Mr. Goldstein's initial contact, Advance has received no payments. Further, we have received checks from Duraco that were returned by our Bank; we take presentation of bad checks very seriously and view those actions on the part of Duraco as being in bad faith.

As Mr. Goldstein has advised Mr. Gory, the amount due Advance by your company is a significant exposure for us. Advance has little patience for any more of Duraco's broken promises and obvious stall tactics. In the event that the above referenced balance is not paid in full or a suitable and aggressive payment plan is not agreed upon by **February 10, 2008**, Advance will file suit against Duraco Products.

Advance appreciates your assistance and cooperation with regards to the resolution of this outstanding balance owed by Duraco Products to Advance. Please contact me upon receipt of this letter to discuss this matter further.

                              Very truly yours,

                              Jeremy L. Bilsky, Esq.
                              General Counsel
                              Advance Payroll Funding Ltd

Enclosures

EXHIBIT G