AEE

FILED
FEBRUARY 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WWR Ref. No. 06562552

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (Eastern Division)

**08 C 1072**

| | | |
|---|---|---|
| ADVANCE PAYROLL FUNDING, LTD., | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| vs. | ) | |
| | ) | |
| DURACO PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGE SHADUR
MAGISTRATE JUDGE KEYS**

_____

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND
NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT
PURSUANT TO FED.R.CIV.P 7.1 AND LOC.R. 3.2**
_____

Plaintiff, Advance Payroll Funding, Ltd. (hereinafter "Advance Payroll"), for its Corporate Disclosure Statement and Notification of Affiliates Disclosure Statement, states as follows:

As for Fed.R.Civ.P. 7.1(a), Advance Payroll is a nongovernmental entity, which has no parent corporations. No publicly held corporations own 10% or more of its stock.

As for Loc.R. 3.2(A), no entity owns more than 5% of Advance Payroll.

Loc.R. 3.2(B) is not applicable, because Advance Payroll is not a general partnership, joint venture, LLC, LLLP, LLP or an unincorporated association.

Loc.R. 3.2(C) is not applicable, because Advance Payroll is not an unincorporated association.

Respectfully submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Robert T. Kuehl
Robert T. Kuehl (Ill. Bar No. 6271281)
*Attorney for Plaintiff*
180 LaSalle Street, Suite 2400
Chicago, IL 60601
Telephone: (312) 782-9676
Facsimile: (312) 782-4201
Email: rkuehl@weltman.com