WWR Ref No  06562552

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS (Eastern Division)

| | | |
|---|---|---|
| ADVANCE PAYROLL FUNDING, LTD , | ) | CASE NO  08 C 1072 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | JUDGE MILTON I  SHADUR |
| | ) | MAG  JUDGE ARLANDER KEYS |
| DURACO PRODUCTS, INC , | ) | |
| dba DURACO PLASTICS | ) | |
| | ) | |
| Defendant | ) | |

---

### AFFIDAVIT OF JEREMY BILSKY, ESQ.

---

| | |
|---|---|
| State of Ohio | ) |
| | )   ss |
| County of Cuyahoga | ) |

Now comes Jeremy L  Bilsky, Esq , and being first duly sworn, deposes and says that:

1      I am General Counsel for Advance Payroll Funding, Ltd (hereinafter "Advance Payroll)", and am familiar with the facts surrounding the above-captioned matter

2      Advance Payroll is a limited liability company.

3      Due to an error of interpretation, Advance Payroll did not list its member on the Disclosure Statement as is required by Loc.R  3 2(B)  Advance Payroll Funding, Ltd  is an Ohio limited liability company, which is wholly owned by an Ohio corporation   The omission of this fact was not meant to be discourteous to the Court

1



4.    Thus, due to an unintentional misunderstanding of Loc R  3.2(B), and miscommunication with private counsel, the identity of Advance Payroll's sole member, Advance Temporary Help Service, Inc., was not relayed to counsel

5    Advance Payroll's sole member is Advance Temporary Help Service, Inc, an Ohio corporation.

6    Advance Temporary Help Service, Inc.'s Initial Articles of Incorporation are attached hereto as Exhibit 1-A.

7    Both Advance Payroll and its sole member, Advance Temporary Help Service, Inc, are citizens of Ohio, and neither Advance Payroll nor Advance Temporary Help Service, Inc. are citizens of Illinois

8.    Complete diversity exists in this case, as Defendant is a citizen of the State of Illinois, and as both Plaintiff and its sole member, Advance Temporary Help Service, Inc, are citizens of the State of Ohio, and neither Plaintiff nor any member or affiliate of Plaintiff are citizens of the State of Illinois.

FURTHER AFFIANT SAYETH NAUGHT,

JEREMY L. BILSKY, ESQ

SWORN TO BEFORE ME and subscribed in my presence this _27th_ day of February, 2008.

NOTARY PUBLIC

SONDRA WENNEMAN
NOTARY PUBLIC • STATE OF OHIO
Recorded in Lorain County
My commission expires Aug 30, 2010

2