**Doc ID -->**      200335701468



| DATE: 12/23/2003 | DOCUMENT ID 200335701468 | DESCRIPTION DOMESTIC ARTICLES/FOR PROFIT (ARF) | FILING 125.00 | EXPED 100.00 | PENALTY 00 | CERT .00 | COPY 00 |
|---|---|---|---|---|---|---|---|

### Receipt
This is not a bill. Please do not remit payment.

BAKER & HOSTETLER
65 E. STATE ST., SUITE2100
COLUMBUS, OH 43215

# STATE OF OHIO

### Ohio Secretary of State, J. Kenneth Blackwell

1429309

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**ADVANCE TEMPORARY HELP SERVICES, INC.**

and, that said business records show the filing and recording of:

Document(s)                                          Document No(s):
**DOMESTIC ARTICLES/FOR PROFIT**                     200335701468



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 23rd day of December, A.D. 2003.

Ohio Secretary of State

**EXHIBIT**

1-A

**Doc ID -->**     200335701468

 Prescribed by **J. Kenneth Blackwell**

Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos
e-mail: busserv@sos.state.oh.us

| Expedite this Form: (Select One) |
|---|
| Mail Form to one of the Following: |
| ⊙ Yes   PO Box 1390   Columbus, OH 43216 |
| *** Requires an additional fee of $100 *** |
| ○ No   PO Box 670   Columbus, OH 43216 |

## INITIAL ARTICLES OF INCORPORATION

*(For Domestic Profit or Non-Profit)*
Filing Fee $125.00

THE UNDERSIGNED HEREBY STATES THE FOLLOWING:

**(CHECK ONLY ONE (1) BOX)**

| (1) ☑ Articles of Incorporation Profit | (2) ☐ Articles of Incorporation Non-Profit | (3) ☐ Articles of Incorporation Professional (170-ARP) |
|---|---|---|
| (113-ARF) | (114-ARN) | Profession _____ |
| ORC 1701 | ORC 1702 | ORC 1785 |

---

Complete the general information in this section for the box checked above.

**FIRST:** Name of Corporation     Advance Temporary Help Services, Inc.

**SECOND:** Location    Beachwood         Cuyahoga
               *(City)*                *(County)*

Effective Date (Optional)   _____   Date specified can be no more than 90 days after date of filing. If a date is specified,
             *(mm/dd/yyyy)*    the date must be a date on or after the date of filing.

☐ Check here if additional provisions are attached

---

Complete the information in this section if box (2) or (3) is checked. Completing this section is optional if box (1) is checked.

**THIRD:** Purpose for which corporation is formed

_____

_____

_____

_____

---

Complete the information in this section if box (1) or (3) is checked.

**FOURTH:** The number of shares which the corporation is authorized to have outstanding (Please state if shares are common or preferred and their par value if any)    1,500     Common     No Par Value
                                            *(No. of Shares)*     *(Type)*     *(Par Value)*
(Refer to instructions if needed)

532                     Page 1 of 3                      Last Revised: May 2002

**Doc ID -->**        200335701468

Completing the Information in this section is optional

FIFTH:  The following are the names and addresses of the individuals who are to serve as Initial Directors

(Name)

(Street)                              NOTE:  P.O. Box Addresses are NOT acceptable.

(City)                        (State)                  (Zip Code)

(Name)

(Street)                              NOTE:  P.O. Box Addresses are NOT acceptable.

(City)                        (State)                  (Zip Code)

(Name)

(Street)                              NOTE:  P.O. Box Addresses are NOT acceptable.

(City)                        (State)                  (Zip Code)

**REQUIRED**
Must be authenticated
(signed) by an authorized
representative
    (See Instructions)

Authorized Representative                  December 22, 2003
Michelle M. Hervey                         Date
(print name)

Authorized Representative                  Date
(print name)

Authorized Representative                  Date
(print name)

**Doc ID -->**        200335701468

---

Complete the information in this section if box (1) (2) or (3) is checked.

## ORIGINAL APPOINTMENT OF STATUTORY AGENT

The undersigned, being at least a majority of the incorporators of   Advance Temporary Help Services, Inc.
hereby appoint the following to be statutory agent upon whom any process, notice or demand required or permitted by
statute to be served upon the corporation may be served. The complete address of the agent is

A. G. C. Co.
_____
(Name)
65 E. State Street, Suite 2100
_____
(Street)         NOTE: P.O. Box Addresses are NOT acceptable.

Columbus                      .Ohio        43215
_____
(City)                                     (Zip Code)

Must be authenticated by an          _Michelle M. Hervay_____     | December 22, 2003
authorized representative            Authorized Representative    | Date

                                     _____   | _____
                                     Authorized Representative    | Date

                                     _____   | _____
                                     Authorized Representative    | Date

### ACCEPTANCE OF APPOINTMENT

The Undersigned.        A. G. C. Co.                              named herein as the
                        _____

Statutory agent for,    Advance Temporary Help Services, Inc.
hereby acknowledges and accepts the appointment of statutory agent for said entity.

                        Signature: _____
                                   (Statutory Agent) Gary A. Wadman, Vice President

532                          Page 3 of 3                    Last Revised: May 2002