WWR Ref. No. 06562552

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (Eastern Division)

| | |
|---|---|
| ADVANCE PAYROLL FUNDING, LTD., ) <br> 3401 Enterprise Parkway 5th Floor, ) <br> Cleveland, Ohio 44122, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DURACO PRODUCTS, INC., ) <br> dba DURACO PLASTICS ) <br> 1109 East Lake Street, ) <br> Streamwood, IL 60107-4395, ) <br> ) <br> Defendant. ) | CASE NO. <br><br> JUDGE |

## PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P 7.1 AND LOC.R. 3.2

Plaintiff, Advance Payroll Funding, Ltd. (hereinafter "Advance Payroll"), for its Corporate Disclosure Statement and Notification of Affiliates Disclosure Statement, states as follows:

As for Fed.R.Civ.P. 7.1(a), Advance Payroll is a nongovernmental entity, which has a parent corporations, Advance Temporary Help Service, Inc., which is an Ohio corporation. Advance Temporary Help Service, Inc. owns 100% of Advance Payroll's stock.

As to Loc.R. 3.2(A), Advance Payroll is not a corporation.



EXHIBIT 2

As for Loc.R. 3.2(B) Advance Payroll is a limited liability company, of which the sole member is Advance Temporary Help Service, Inc., a for profit corporation incorporated in the State of Ohio.

Loc.R. 3.2(C), Advance Payroll is not an unincorporated association.

Respectfully submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Robert T. Kuehl
Robert T. Kuehl (Ill. Bar No. 6271281)
*Attorney for Plaintiff*
180 LaSalle Street, Suite 2400
Chicago, IL 60601
Telephone: (312) 782-9676
Facsimile: (312) 782-4201
Email: rkuehl@weltman.com