WWR Ref. No. 06562552

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS (Eastern Division)

| | |
|---|---|
| ADVANCE PAYROLL FUNDING, LTD., ) | CASE NO. 08 C 1072 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGE MILTON I. SHADUR |
| ) | MAG. JUDGE ARLANDER KEYS |
| DURACO PRODUCTS, INC., ) | |
| dba DURACO PLASTICS ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF MOTION

To:   DURACO PRODUCTS, INC.
      dba DURACO PLASTICS
      c/o agent C T Corporation System
      208 S. LaSalle Street, Suite 814
      Chicago, IL 60604

You are hereby notified that on February 27, 2008, Advance Payroll Funding, Ltd., Plaintiff in the above-captioned matter, by and through counsel, electronically filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, *Plaintiff's Motion to Alter or Amend Judgment Pursuant to Fed.R.Civ.P. 59(e)*, a copy of which is attached hereto and served upon you.

2

Pursuant to Loc.R. 5.3(a), Plaintiff Advance Payroll Funding, Ltd. hereby gives written notice of *Plaintiff's Motion to Alter or Amend Judgment Pursuant to Fed.R.Civ.P. 59(e)*.

Respectfully submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

 /s/ Robert T. Kuehl
Robert T. Kuehl (Ill. Bar No. 6271281)
*Attorney for Plaintiff*
180 LaSalle Street, Suite 2400
Chicago, IL 60601
Telephone: (312) 782-9676
Facsimile: (312) 782-4201
Email: rkuehl@weltman.com

WWR Ref. No. 06562552

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS (Eastern Division)

| | |
|---|---|
| ADVANCE PAYROLL FUNDING, LTD., | ) CASE NO. 08 C 1072 |
| Plaintiff, | ) |
| vs. | ) JUDGE MILTON I. SHADUR |
| | ) MAG. JUDGE ARLANDER KEYS |
| DURACO PRODUCTS, INC., dba DURACO PLASTICS | ) |
| Defendant. | ) |

## PROOF OF SERVICE OF
## PLAINTIFF'S NOTICE OF MOTION

I, Robert T. Kuehl, certify as follows under penalty of perjury this 27th day of February, 2008.

1. I filed *Plaintiff's Notice of Motion*, as well as the accompanying *Plaintiff's Notice of Presentment of Motion* and *Plaintiff's Motion to Alter or Amend Judgment Pursuant to Fed.R.Civ.P. 59(e)*, by filing it with the clerk of court by electronic means.

2. I further caused copies of *Plaintiff's Notice of Motion*, as well as the accompanying *Plaintiff's Notice of Presentment of Motion* and *Plaintiff's Motion to Alter or Amend Judgment Pursuant to Fed.R.Civ.P. 59(e)*, to be served by regular mail, pursuant to Loc.R. 5.3(a)(2) and Fed.R.Civ.P. 5(b)(2)(C), to DURACO PRODUCTS, INC., dba DURACO PLASTICS, c/o agent C T Corporation System, at the agent's last known address of 208 S. LaSalle Street, Suite 814, Chicago, IL 60604.

3.      I further caused copies of *Plaintiff's Notice of Motion*, as well as the accompanying *Plaintiff's Notice of Presentment of Motion* and *Plaintiff's Motion to Alter or Amend Judgment Pursuant to Fed.R.Civ.P. 59(e)*, to be served by regular mail, pursuant to Loc.R. 5.3(a)(2) and Fed.R.Civ.P. 5(b)(2)(C), to DURACO PRODUCTS, INC., dba DURACO PLASTICS, at its last known address of 1109 East Lake Street, Streamwood, IL 60107-4395.

Respectfully submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Robert T. Kuehl
Robert T. Kuehl (Ill. Bar No. 6271281)
*Attorney for Plaintiff*
180 LaSalle Street, Suite 2400
Chicago, IL 60601
Telephone: (312) 782-9676
Facsimile: (312) 782-4201
E-mail: rkuehl@weltman.com