# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1072 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Advance Payroll vs. Duraco Products Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Plaintiff's motion to alter judgment. (8-1) Plaintiff's motion is granted on condition that 1. an appropriate Amendment to the Complaint is filed and 2. plaintiff pays a $350.00 filing fee. The case is ordered reopened when Plaintiff complies. Plaintiff has to and including March 17, 2008 in which to comply. A status hearing is set for May 7, 2008 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | SN |
|---|---|---|