# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1072 | **DATE** | 3/13/2008 |
| **CASE TITLE** | Advance Payroll vs. Duraco | | |

**DOCKET ENTRY TEXT**

This Court's March 6, 2008 minute order is amended to reflect that Plaintiff is to pay a $350.00 fine.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|