FILED

MAR 13, 2008
MAR 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
MAR 13 2008

CA

MILTON I. SHADUR
SENIOR U.S. DISTRICT JUDGE

WWR Ref. No. 06562552

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS (Eastern Division)

ADVANCE PAYROLL FUNDING, LTD.,           )     CASE NO. 08 C 1072
3401 Enterprise Parkway 5th Floor,       )
Cleveland, Ohio 44122,                   )
                                         )
                    Plaintiff,           )     JUDGE MILTON I. SHADUR
                                         )     MAG. JUDGE ARLANDER KEYS
          vs.                            )
                                         )
DURACO PRODUCTS, INC.,                   )
dba DURACO PLASTICS                      )
1109 East Lake Street,                   )
Streamwood, IL 60107-4395,               )
                                         )
                    Defendant.           )

---

### PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT AND
### NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT
### PURSUANT TO FED.R.CIV.P 7.1 AND LOC.R. 3.2

---

Plaintiff, Advance Payroll Funding, Ltd. (hereinafter "Advance Payroll"), for its Amended Corporate Disclosure Statement and Notification of Affiliates Disclosure Statement, states as follows:

As for Fed.R.Civ.P. 7.1(a), Advance Payroll is a nongovernmental entity, which has a parent corporation, Advance Temporary Help Service, Inc., which is an Ohio corporation. Advance Temporary Help Service, Inc. owns 100% of Advance Payroll's stock.

As to Loc.R. 3.2(A), Advance Payroll is not a corporation.

As for Loc.R. 3.2(B) Advance Payroll is a limited liability company, of which the sole member is Advance Temporary Help Service, Inc., a for profit corporation incorporated in the State of Ohio.

As for Loc.R. 3.2(C), Advance Payroll is not an unincorporated association.

Respectfully submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Robert T. Kuehl
Robert T. Kuehl (Ill. Bar No. 6271281)
*Attorney for Plaintiff*
180 LaSalle Street, Suite 2400
Chicago, IL 60601
Telephone: (312) 782-9676
Facsimile: (312) 782-4201
Email: rkuehl@weltman.com

2

WWR Ref. No. 06562552

RECEIVED
MAR 13 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MILTON I. SHADUR
FOR U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (Eastern Division)

ADVANCE PAYROLL FUNDING, LTD.,      )    CASE NO. 08 C 1072
                                    )
                    Plaintiff,      )
                                    )
          vs.                       )    JUDGE MILTON I. SHADUR
                                    )    MAG. JUDGE ARLANDER KEYS
DURACO PRODUCTS, INC.               )
dba DURACO PLASTICS,                )
                                    )
                    Defendant.      )

---

### PROOF OF SERVICE OF
**PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT AND
NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT
PURSUANT TO FED.R.CIV.P 7.1 AND LOC.R. 3.2**

---

I, Robert T. Kuehl, certify as follows under penalty of perjury this 13th day of March, 2008.

1.    I filed *PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P 7.1 AND LOC.R. 3.2*, by filing it with the clerk of court.

2.    I further caused a copy of *PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P 7.1 AND LOC.R. 3.2*, to be served by regular mail, pursuant to Loc.R. 5.3(a)(2) and Fed.R.Civ.P. 5(b)(2)(C), to DURACO PRODUCTS, INC., dba DURACO PLASTICS, c/o agent C T Corporation System, at the agent's last known address of 208 S. LaSalle Street, Suite 814, Chicago, IL 60604.

3.    I further caused a copy of *PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P 7.1 AND LOC.R. 3.2*, to be served by regular mail, pursuant to Loc.R. 5.3(a)(2) and Fed.R.Civ.P. 5(b)(2)(C), to DURACO PRODUCTS, INC., dba DURACO PLASTICS, at its last known address of 1109 East Lake Street, Streamwood, IL 60107-4395.

Respectfully submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Robert T. Kuehl
Robert T. Kuehl (Ill. Bar No. 6271281)
*Attorney for Plaintiff*
180 LaSalle Street, Suite 2400
Chicago, IL 60601
Telephone: (312) 782-9676
Facsimile: (312) 782-4201
E-mail: rkuehl@weltman.com

4