U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
AMENDED       ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number: 08 C 1072
ADVANCE PAYROLL FUNDING, LTD.,

vs.

DURACO PRODUCTS, INC. d/b/a DURACO PLASTICS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

| | |
|---|---|
| NAME (Type or print) Robert T. Kuehl, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Robert T. Kuehl | |
| FIRM Weltman, Weinberg & Reis Co., LPA | |
| STREET ADDRESS 180 LaSalle Street, Suite 2400 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) Illinois Bar No. 6271281 | TELEPHONE NUMBER (312) 782-9676 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |