AO 440 (Rev 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS
SUMMONS IN A CIVIL CASE

ADVANCE PAYROLL FUNDING, LTD.,

CASE NUMBER: 08-C-1072

V

ASSIGNED JUDGE: Milton I. Shadur

DURACO PRODUCTS, INC, d/b/a
DURACO PLASTICS,

DESIGNATED
MAGISTRATE JUDGE: Arlander Key

TO: (Name and address of Defendant)

DURACO PRODUCTS, INC
d/b/a DURACO PLASTICS,
c/o agent CT Corporation System
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert T Kuehl, Esq. (Ill Bar No 6271281)
Weltman, Weinberg & Reis Co, LPA
180 LaSalle Street, Suite 2400
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint You must also file your answer with the Clerk of this Court within a reasonable period of time after service

MICHAEL W DOBBINS, CLERK

KRYSTEN COPPOLETTA

(By) DEPUTY CLERK

MAR 13 2008

DATE

United States District Court

Northern District of Illinois

CASE NAME.: Advance Payroll Funding, Ltd. vs. Duraco Products, Inc. d/b/a Duraco Plastics

CASE NUMBER: 08-C-1072

### AFFIDAVIT OF PROCESS SERVER

I, **Aundre Kittles**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons, First Amended Complaint** in the above captioned matter on **Duraco Products, Inc. d/b/a Duraco Plastics c/o its Registered Agent CT Corporation System** at its usual place of business located at **208 South Lasalle Street Suite 814, Chicago, IL 60604** by serving its authorized agent and/or employee **Dawn Schulz, Receptionist** on **03/25/2008** at **11:00 AM**.
Description: **Sex: Female – Age: 48 – Skin: White – Hair: Brown – Height: 5.6 – Weight: 200**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Aundre Kittles

Subscribed and Sworn to before me on this ___ day of _____, 20__

_____ Notary Public

11373