ADVANCE PAYROLL FUNDING, LTD

Plaintiff

vs.

DURACO PRODUCTS, INC DBA DURACO PLASTICS

Defendant

**Person to be served (Name and Address):**
DURACO PRODUCTS, INC  D/B/A DURACO PLASTICS
1109 EAST LAKE STREET
STREAMWOOD IL 60107
**By serving:** MICHAEL LYNCH, PRESIDENT

**Attorney:** ROBERT T KUEHL, ESQ

**Papers Served:** SUMMONS, FIRST AMENDED COMPLAINT

**Service Data:** [ X ] Served Successfully    [ ] Not Served

Date/Time:  3-24-08         9:30 a.m.

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ X ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

**Description of Person Accepting Service:**
SEX: Female  AGE: 55  HEIGHT: 5'7  WEIGHT: 160  SKIN: White  HAIR: gray  OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:  Date/Time: _____
                     Date/Time: _____
                     Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this
25 day of March , 2008

Notary Signature: _____

Name of Notary

"OFFICIAL SEAL"
Commission Frank Broderick
Notary Public, State of Illinois
My Commission Exp. 03/02/2009

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ Venue

Docket Number: 08 CV 1072

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

08CV1072

Attempts:    Date/Time: _____
             Date/Time: _____
             Date/Time: _____

Name of Person Served and relationship/title:

Dorothea  Schmidt
Front  Desk  Secretary

# FILED

APR 2 8 2008
4-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, Robert Brady
was at the time of service a competent adult
not having a direct interest in the litigation.
I declare under penalty of perjury that the
foregoing is true and correct.

Signature of Process Server        3/25/08
                                   Date

11374

**United States District Court**

**Northern District of Illinois**

CASE NAME.: Advance Payroll Funding, Ltd. vs. Duraco Products, Inc. d/b/a Duraco Plastics

CASE NUMBER: 08–C–1072

## AFFIDAVIT OF PROCESS SERVER

I, **Aundre Kittles**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117–001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons, First Amended Complaint** in the above captioned matter on **Duraco Products, Inc. d/b/a Duraco Plastics c/o its Registered Agent CT Corporation System** at its usual place of business located at **208 South Lasalle Street Suite 814, Chicago, IL 60604** by serving its authorized agent and/or employee **Dawn Schulz, Receptionist on 03/25/2008 at 11:00 AM.**
Description: **Sex: Female – Age: 48 – Skin: White – Hair: Brown – Height: 5.6 – Weight: 200**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me on this _____ day of _____, 20___.

X _____
Aundre Kittles

_____ Notary Public