12/21/2007  16:58    6308377136                    DURACO PRODUCTS                          PAGE  01/01



# Duraco Products, Inc.

December 21, 2007

Mr Al Garza
Eagle Personnel, Inc.

This letter is to verify Duraco's current accounts receivable aging with Eagle Personnel of $453,202.41 as of December 21, 2007.

A check for $45,611.13 and a check for $47,375.87 will be paid on December 28, 2007
A check for $48,620.45 will be paid on January 2, 2008

*[signature]*

Henry W Gory
Controller, Duraco Products, Inc.



1109 East Lake Street • Streamwood, IL 60107-4395
630 837 6615 • Fax 630 837 7136 • 800 888 POTS • E-Mail pots@duraco.com



EXHIBIT
C