National City: RCMS

| Home | Reports | Administration | Contact Us | Help |

## Check Image

Chargeback Detail Report (Account) > Check List > Check Image

| | | | |
|---|---|---|---|
| Account # : | 394937444 | Account Name : | |
| Location # : | | Location Name : | |
| Original Location # : | | Original Location Name : | |
| Check # : | 150153 | Check Amount : | $45,611.13 |
| Post Date : | 12/17/2007 | TRIPS Sequence : | 030502 |
| Return Reason : | Stop Pay | | |

First Image  Previous Image  Next Image  Last Image  Print Image

[View Image Using Advanced Image Viewer]

EXHIBIT

D

tabbies