National City: RCMS

| Home | Reports | Administration | Contact Us |
|------|---------|----------------|------------|
|      |         |                | Help       |

Page 1 of 2

## Check Image

Chargeback Detail Report (Account) > Check List > Check Image

Account # : 394937444  
Location # :  
Original Location # :  
Check # : 150213  
Post Date : 01/16/2008  
Return Reason : Refer to Maker  

Account Name :  
Location Name :  
Original Location Name :  
Check Amount : $48,620.45  
TRIPS Sequence : 022637  

First Image   Previous Image   Next Image   Last Image   Print Image

[View Image Using Advanced Image Viewer]

https://www.rcms.nationalcity.com/CustomerUser/RCMS_CheckImage.aspx

2/13/2008

**EXHIBIT E**