WWR Ref. No. 06562552

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (Eastern Division)**

| | |
|---|---|
| ADVANCE PAYROLL FUNDING, LTD., | ) CASE NO. 08 C 1072 |
| Plaintiff, | ) |
| vs. | ) JUDGE MILTON I. SHADUR |
| | ) MAG. JUDGE ARLANDER KEYS |
| DURACO PRODUCTS, INC., dba DURACO PLASTICS | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF MOTION**

To:  DURACO PRODUCTS, INC.
dba DURACO PLASTICS
c/o agent C T Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

DURACO PRODUCTS, INC.
dba DURACO PLASTICS
1109 East Lake Street
Streamwood, IL 60107-4395.

You are hereby notified that on May 5, 2008, Advance Payroll Funding, Ltd., Plaintiff in the above-captioned matter, by and through counsel, electronically filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, *Plaintiff's Motion For Default Judgment For Sum Certain Pursuant to Fed.R.Civ.P. 55(b)(1)*, a copy of which is attached hereto and served upon you.

Pursuant to Loc.R. 5.3(a), Plaintiff Advance Payroll Funding, Ltd. hereby gives written notice of *Plaintiff's Motion For Default Judgment For Sum Certain Pursuant to Fed.R.Civ.P. 55(b)(1)*.

Respectfully submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Robert T. Kuehl
Robert T. Kuehl (Ill. Bar No. 6271281)
*Attorney for Plaintiff*
180 LaSalle Street, Suite 2400
Chicago, IL 60601
Telephone: (312) 782-9676
Facsimile: (312) 782-4201
Email: rkuehl@weltman.com

J. Charles Ruiz-Bueno (#0046806)
*Pro Hac Vice/Lead Counsel for Plaintiff*
Michael F. Schmitz (Ohio #0064842)
*Pro Hac Vice/Co-Counsel for Plaintiff*
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH  44113
Telephone: (216) 685-1169
Telephone:  (216) 685-1106
Fax:  (216) 685-4345
E-mail:  jruizbueno@weltman.com
E-mail:  mschmitz@weltman.com