**UNITED STATES DISTRICT COURT**
FOR THE **Northern District of Illinois** – CM/ECF LIVE, Ver 3.1.3
**Eastern Division**

Advance Payroll Funding Ltd
                      Plaintiff,

v.                                           Case No.: 1:08−cv−01072
                                                     Honorable Milton I. Shadur

Duraco Products Inc
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion for default judgment [25] is denied as moot as counsel states that an agreement has been reached. Motion hearing held on 5/15/2008. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.