# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1072 | **DATE** | 7/2/2008 |
| **CASE TITLE** | Advance Payroll Funding, Ltd. Vs. Duraco Products, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to enter stipulated judgment is granted. (30-1) Enter Judgment Entry for Plaintiff.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | SN |
|---|---|---|