WWR Ref. No. 06562552

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS (Eastern Division)

| | | |
|---|---|---|
| ADVANCE PAYROLL FUNDING, LTD., | ) | CASE NO. 08 C 1072 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE MILTON I. SHADUR |
| | ) | MAG. JUDGE ARLANDER KEYS |
| DURACO PRODUCTS, INC., etc. | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT ENTRY FOR PLAINTIFF

The Parties to the above-captioned matter, Plaintiff Advance Payroll Funding, Ltd. and Defendant Duraco Products, Inc. dba Duraco Plastics entered into a Settlement Agreement which was referenced in and attached to Plaintiff's Notice of Dismissal Without Prejudice; such dismissal providing for this Court to retain jurisdiction over the Settlement Agreement and to enter a Stipulated Judgment Entry in the event of default by Defendant.

The Court is advised and finds that a default of the Settlement Agreement has occurred as set forth in the Affidavit of Jeremy Bilsky, attached hereto as Exhibit A. Moreover, the Affidavit of Jeremy Bilsky contains an accounting of payments made under the Settlement Agreement prior to default, such payments totaling $30,000.00.

The executed Stipulated Judgment Entry (attached hereto as Exhibit B) consents to a judgment in favor of Plaintiff against the Defendant in the amount of $407,054.41 with statutory interest from May 15th, 2008. While the Stipulated Judgment Entry consents to an immediate filing and execution, it also provides that the Stipulated

Judgment Entry shall be reduced by the amount of any payments made by Duraco to Advance. It is, therefore,

ORDRED, AJUDGED AND DECREED that Plaintiff Advance Payroll Funding, Ltd. is entitled to judgment against Defendant Duraco Products, Inc. dba Duraco Plastics in the amount of $377,054.41 (which is the stipulated amount of $407,054.41 less $30,000.00 in payments made), **together with statutory interest from May 15th, 2008.**

IT IS SO ORDERED,

July 2, 2008

_____
JUDGE MILTON I. SHADUR

Submitted by:

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ J. Charles Ruiz-Bueno
_____
J. Charles Ruiz-Bueno (#0046806)
*Pro Hac Vice/Lead Counsel for Plaintiff*

Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH 44113
Telephone: (216) 685-1169
Telephone: (216) 685-1106
Facsimile: (216) 685-4345
Email: jruizbueno@weltman.com
Email: mschmitz@weltman.com

-and-

Robert T. Kuehl (Ill. Bar No. 6271281)
*Co-Counsel for Plaintiff*
180 LaSalle Street, Suite 2400
Chicago, IL 60601
Telephone: (312) 782-9676
Facsimile: (312) 782-4201
Email: rkuehl@weltman.com