# United States District Court

## Northern District of Illinois

### Eastern Division

| | |
|---|---|
| Advance Payroll Funding, Ltd. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 1072 |
| Duraco Products, Inc. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of Plaintiff and against Duraco Products, Inc. in the amount of $377,054.41, together with statutory interest from May 15, 2008.

Michael W. Dobbins, Clerk of Court

Date: 7/2/2008

/s/ Sandy Newland, Deputy Clerk